UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| DISH NETWORK L.L.C., *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 4:17-cv-53 |
| JAMES SIMMONS, | ) Judge Mattice |
| *Defendant*. | ) Magistrate Judge Steger |

## JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that plaintiff DISH Network L.L.C. **SHALL RECOVER** from defendant James Simmons statutory damages for breach of the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 1201(a)(2), in the amount of $140,000.00. James Simmons is further permanently enjoined from doing the following:

- manufacturing, importing, offering to the public, providing, or otherwise trafficking in IKS Server Passcodes, any other code or password used in accessing an IKS server, and any other technology or part thereof that is used in circumventing DISH Network's security system or receiving DISH Network programming without authorization;

- circumventing or assisting others in circumventing the DISH Network security system, or receiving or assisting others in receiving DISH Network's satellite signal without authorization; and

- testing, analyzing, reverse engineering, manipulating, or extracting code, data, or information from DISH Network's satellite receivers, smart cards, satellite stream, or any other part or component of the DISH Network security system.

This is a **FINAL JUDGMENT**. The case record will be closed.

Dated at *Chattanooga, Tennessee*, this 30th day of July, 2018.

                                          /s/ *John L. Medaris*
                                          John L. Medearis
                                          CLERK OF COURT